Hal Taylor, Esq.
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@gbis.com

Edward A. Wicklund, Esq.
Admitted *pro hac vice*
Olinsky Law Group
300 South State Street, Suite 420
Syracuse, New York 13202
Tel 315 701 5780  fax 701 5781
twicklund@windisability.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DELORIS A. GIBSON, ) | |
|     Plaintiff, ) | |
| ) | NO. 2:16-CV-01885-GMN-PAL |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | **MOTION FOR EXTENSION OF TIME** |
| Acting Commissioner of Social Security, | **FOR PLAINTIFF'S BRIEF** |
|     Defendant. ) | |

Plaintiff, Deloris A. Gibson, by her attorneys, Hal Taylor and Edward Wicklund, moves for extension of time until Monday, January 23, 2017, to file Plaintiff's Opening Brief in this Social Security disability appeal.

Plaintiff's counsel contacted counsel for the defendant, who indicated the acting commissioner does not oppose this motion.

1

The basis for this motion is this office did not receive the certified agency record when it was filed in early December, which led to the original due date, January 4, 2017, for Plaintiff's brief. The C. A. R. reached us about December 19, 2016 or December 20, 2016 on CD-Rom, just before the holiday-shortened workweeks.

We seek this adjustment of the scheduling order and Plaintiff's deadline in order to conform to the actual delivery of the Certified Agency Record to us that enabled us to begin working on preparation of Plaintiff's Opening Brief.

Dated this 17th day of January 2017.

/s/Hal Taylor
Hal Taylor, Esq.
223 Marsh Ave.
Reno, NV 89509
Tel:    (775) 825-2223
Local Counsel for Plaintiff

/s/Edward A. Wicklund
Edward A. Wicklund, Esq.
Olinsky Law Group
300 South State Street, Suite 420
Syracuse, New York 13202
315  701 5780
twicklund@windisability.com

### ORDER

Pursuant to Plaintiff's unopposed Motion, it is so ORDERED:  The Scheduling Order is adjusted such that Plaintiff's Brief is due Monday, January 23, 2017, and other deadlines shall adjust in conformity to this change.

Dated: _ January 18, 2017              _____
                                       Honorable Peggy A. Leen
                                       U. S. Magistrate Judge

2

Plaintiff's Certificate of Service:

I certify that I caused the "Motion for Extension of Time to File Plaintiff's Opening Brief and Motion" to be served by CMECF to Sharon Lahey, Esq., today

/s/Hal Taylor
Hal Taylor, Esq.

/s/Edward A. Wicklund
Edward A. Wicklund, Esq.