AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Deloris A. Gibson

             Plaintiff,

v.

Kilolo Kijakazi, Acting Commissioner of Social Security,

             Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-01885-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

A fee award in the amount of $19,721.90 for work before the Court is to be paid to Counsel, Howard D. Olinsky of the Olinsky Law Group, from the sums held by the Social Security Commissioner from Plaintiff's past due benefit.

It is Further Ordered that a fee award in the amount of $6,133.65 in EAJA attorney fees and costs shall be made payable to Plaintiff Deloris A. Gibson.

1/13/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk